# Exhibit C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SENIOR EXECUTIVES<br>  ASSOCIATION, *et al.,*<br><br>        Plaintiffs,<br>   v.<br><br>UNITED STATES, *et al.,*<br><br>        Defendants. | No. 8:12-cv-2297-AW |

## SECOND DECLARATION OF JOSHUA ZIMMERBERG

I, Joshua Zimmerberg, hereby declare as follows:

1. I am a councillor of the Assembly of Scientists, one of the organizational plaintiffs in this case, and was one of its founders. I make this declaration to respond to defendants' assertion that the Assembly does not have standing.

2. The Assembly was founded in part because of scientists' grave concerns about the STOCK Act, and it now has approximately 165 members, having grown since the complaint in this lawsuit was filed, largely in support of its role in this lawsuit. At least 64 active members of the Assembly are currently Executive Branch employees or officers who are required to file Form OGE-278 financial disclosure reports, and would therefore have standing to sue as individuals. Furthermore, at least 2 additional members of the Assembly who are now retired have already filed terminal Form OGE-278 for the year 2012, and the those forms will be published on the Internet unless an injunction issues in this case.

3. The claims brought in this lawsuit are germane to the Assembly's purpose. In addition to the statement of the Assembly's mission quoted in the complaint and in the motion to dismiss, the Assembly's bylaws state that

> The objectives of this Assembly shall be (1) the advancement of science and the maintenance of the highest standards of scientific research, (2) the maintenance of the highest standards in the translation of scientific discoveries to the care of patients suffering from disease, and (3) to provide a forum and a representative voice for the members of the Assembly on issues that are critical to their accomplishment of the first two objectives.

The third objective – providing a "representative voice for the members of the Assembly" – is the objective the Assembly is serving by acting as a representative plaintiff in this lawsuit. In the view of the members of the Assembly, the Internet publication of their personal financial data presents an issue that is "critical to their accomplishment of the [Assembly's] first two objectives," because (as explained in the papers already filed in this lawsuit) it will substantially interfere with the recruitment and retention of the best scientific researchers at the National Institutes of Health and at other federal scientific and medical establishments. Additionally, ongoing concern about the likely consequences of Internet publication of their personal financial data has interfered with, and will continue to interfere with, the ability of Assembly members and other scientists to do creative scientific work for the benefit of the United States and its people.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2012

/s/ *Joshua Zimmerberg*

_____
Joshua Zimmerberg